IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DONALD SYLVESTER HERRIN, SR., )
)
    Plaintiff, )
)   CIVIL ACTION NO.: CV504-072
    v. )
)
INTERNATIONAL PAPER COMPANY, )
)
    Defendant. )

## ORDER

Plaintiff filed this complaint on July 14, 2004, and Defendant served its answer on March 29, 2005. As no Rule 26(f) Report had been filed by the parties, the Court, by order dated October 27, 2005, directed the parties to show cause why the case should not be dismissed or the answer stricken for failure to file the Report. Defendant responded to the show cause order. Based upon the representations set forth in Defendant's response and Plaintiff's failure to respond to the October 27, 2005, Plaintiff's complaint is **DISMISSED**, without prejudice, for failure to prosecute this action. The Clerk is authorized and directed to enter the appropriate Judgment of Dismissal.

SO ORDERED, this 6th day of DECEMBER, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)